# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Cranston Print Works Company

                      Plaintiff,

v.                                              Case No.: 1:25−cv−12591

                                                    Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

    MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for leave to conduct expedited discovery and electronic service of process [12] is granted. Enter Order. Presentment hearing scheduled on 10/21/2025 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.