IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRANSTON PRINT WORKS COMPANY, | |
| Plaintiff, | Case No.: 1:25-cv-12591 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

### STATUS REPORT

Plaintiff, CRANSTON PRINT WORKS COMPANY ("Plaintiff") files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [17].

Defendants were properly served on October 28, 2025. A summons returned executed was filed the same day [20].

Plaintiff intends to file a motion for entry of default and default judgment at the appropriate time against any defendants who have not responded to the Complaint or been dismissed.

DATED: November 18, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 18, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt