**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CRANSTON PRINT WORKS COMPANY,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12591

Judge Charles P. Kocoras

Magistrate Judge M. David Weisman

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | Hnodov✈✈10-15 Days Delivery |
| 16 | Lucasie(✿7-14 Days Delivery✿) |
| 22 | ADHOWBEW Prime Day Deals Today 2024 |
| 23 | Aryapyper（7-13 days deliverly） |
| 40 | Small |
| 46 | SMihono |
| 47 | tklpehg |
| 48 | JGGSPWM |
| 49 | Juebong |
| 50 | Olyvenn |
| 51 | deals holiday kickoff |
| 52 | CKpwisy |
| 54 | DODADAWANJ |
| 55 | jsaierl |
| 56 | Loasebue |
| 62 | HDSWvsa |
| 63 | ylioge Holiday Shop |
| 64 | CFLVAEK |
| 67 | Wioihee Clearance |

| | |
|---|---|
| 69 | guangzhoumingguanjiadianyouxiangongsi |
| 70 | LADIGASU |
| 74 | Lorytime |
| 75 | Qaailabf |
| 77 | Hvyesh |
| 78 | Gaecuw |
| 79 | BONIXOOM underwear clearance |
| 80 | Tawop |
| 81 | Meichang |
| 82 | Mode24 |

DATED:  November 19, 2025	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 19, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt