**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRANSTON PRINT WORKS COMPANY, | Case No. 25-cv-12591 |
| Plaintiff, | **Judge Charles P. Kocoras** |
| v. | **Magistrate Judge M. David Weisman** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff CRANSTON PRINT WORKS COMPANY ("Cranston Print" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Cranston Print having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Cranston Print having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Cranston Print has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Cranston Print's federally registered copyright which is protected by U.S. Copyright Registration No. VA 622-988 (the "Cranston Print Work") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Cranston Print's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Cranston Print Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine Cranston Print product or not authorized by Cranston Print to be sold in connection with the Cranston Print Work;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Cranston Print product or any other product produced by Cranston Print, that is not Cranston Print's or not produced under the authorization, control, or supervision of Cranston Print and approved by Cranston Print for sale under the Cranston Print Work;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Cranston Print, or are sponsored by, approved by, or otherwise connected with Cranston Print; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Cranston Print, nor authorized by Cranston Print to be sold or offered for sale, and which bear any of Cranston Print's registered copyright, including the Cranston Print Work, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

3

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Cranston Print Work; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Cranston Print Work or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Cranston Print product or not authorized by Cranston Print to be sold in connection with the Cranston Print Work.

3. Upon Cranston Print's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Cranston Print Work.

4. Pursuant to 17 U.S.C. § 504 (c)(2), Cranston Print is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of infringing Cranston Print Work on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.     All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to Cranston Print as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to Cranston Print the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.     Until Cranston Print has recovered full payment of monies owed to it by any Defaulting Defendants, Cranston Print shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.     In the event that Cranston Print identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Cranston Print may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Final Judgment.

Dated: 12/3/2025

Charles P. Kocoras
United States District Judge

5

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | Lightning Deals YuanXingYiRenJiaoYuZiXunYouXian |
| 2 | 2024 Todays Daily Deals Clearance |
| 3 | TT-WSY |
| 4 | Thsue (7-15 Days Delivery) |
| 5 | |
| 6 | |
| 7 | Dec-12 |
| 8 | TYta-US&ing |
| 9 | Clearance Sales Today Deals Prime Litetao |
| 10 | ❤7-16 days arrival❤ NiuFuQi |
| 11 | Zjtygyt：Clothing & Shoes-New on Halloween Deals |
| 12 | |
| 13 | TUNUSKAT Boutique Clearance |
| 14 | |
| 15 | HAYKMTRU |
| 16 | |
| 17 | AITEQY |
| 18 | CYRCAIN Lightning Deals of Today |
| 19 | TOWMUS |
| 20 | DGZTWLL |
| 21 | qyouli Sale 70% Off Prime Day Deals Today 2024 |
| 22 | |
| 23 | |
| 24 | ChuChuDonRen |
| 25 | yinzi |
| 26 | KAngR |
| 27 | yuesx |
| 28 | Chenshuai |
| 29 | yanxing |
| 30 | Dengyli |
| 31 | DEYIOU |
| 32 | fghskh |
| 33 | Sonneor |
| 34 | CCFeng |
| 35 | rccsdwx |
| 36 | PLZ SELECT |
| 37 | IEUIBX Clothing |
| 38 | OURYC |

| 39 | LLZiong |
|----|---------|
| 40 | |
| 41 | SNOWKITTEN |
| 42 | LGhxcb |
| 43 | guangzhouyuyichengkejiyouxiangongsi |
| 44 | Hyingkl |
| 45 | Kfinaldo |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | PPgejGEK Store |
| 54 | |
| 55 | |
| 56 | |
| 57 | Moaieweu |
| 58 | Riaoyxc |
| 59 | SYINHA |
| 60 | UTYUUIO |
| 61 | righteen |
| 62 | |
| 63 | |
| 64 | |
| 65 | JWZUY |
| 66 | SSAAVKUY |
| 67 | |
| 68 | LINGlingER |
| 69 | |
| 70 | |
| 71 | Mamvis |
| 72 | KH1552EE |
| 73 | CHaneH |
| 74 | |
| 75 | |
| 76 | OHH77 |
| 77 | |
| 78 | |
| 79 | |

| 80 | |
|----|---|
| 81 | |
| 82 | |